UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-61060-KMM

ERIC ROGERS

Plaintiff,
v.

DAWIM OAKLAND PARK, LLC, a Florida
Limited Liability Company,

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Eric Rodgers, and Defendant, Dawim Oakland Park, LLC, (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs, and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation and Order. Respectfully submitted,

| | |
|---|---|
| **ALBERTO R. LEAL, P.A.** | **MINERLEY FEIN, P.A.** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Alberto R. Leal, Esq. | Kenneth L. Minerley, Esq. |
| Florida Bar No.: 1002345 | Florida Bar No.: 521840 |
| 8927 Hypoluxo Rd. #157 | 1200 North Federal Hwy, Suite 420 |
| Lake Worth, FL 33467 | Boca Raton, FL 33432 |
| Phone: 954-637-1868 | Phone: 561-362-6699 |
| Email: albertolealesq@gmail.com | Email: ken@minerleyfein.com |
| | |
| By: /s/ Alberto R. Leal | By: /s/ Kenneth L. Minerley |
| Alberto R. Leal, Esq. | Kenneth L. Minerley, Esq. |
| Florida Bar No.: 1002345 | Florida Bar No.: 521840 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2023, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**MINERLEY FEIN, P.A.**
Attorneys For Plaintiff
1200 North Federal Highway, Suite 420
Boca Raton, Florida  33432
Telephone: (561) 362-6699
Facsimile:  (561) 447-9884

By: /s/ Kenneth L. Minerley
Kenneth L. Minerley
Fla. Bar No. 521840
ken@minerleyfein.com
Secondary E-mail:
Fileclerk@minerleyfein.com
litigation@minerleyfein.com